**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RAYSHAWN COOPER** **PETITIONER**
**#64425-037**

**v.** **Case No: 2:26-cv-00076-LPR**

**C. HUMPHREY, Warden** **RESPONDENT**

**JUDGMENT**

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE